FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

AUSA KKD

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Jorge FORTANEL-Sanchez,<br>Defendant. | Mag. Case No. '08 MJ 8643<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about July 14, 2008, within the Southern District of California, defendant Jorge FORTANEL-Sanchez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15th DAY OF JULY 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Jorge FORTANEL-Sanchez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the investigative reports of Border Patrol Agent R. Dufort, that the Defendant, Jorge FORTANEL-Sanchez a citizen of Mexico, was found and arrested on or about July 14, 2008, Calexico, Calfornia.

At approximately 12:40 A.M. Agent M. Mireles was performing his assigned duties when he observed and individual, later identified as Jorge FORTANEL-Sanchez, make an illegal entry into the United States by climbing over the International Boundary Fence from Mexico. As Agent Mireles approached FORTANEL he identified himself and questioned FORTANEL. It was determined FORTANEL is a citizen of Mexico illegally in the United States. FORTANEL was taken into custody.

At the Station, a record check of FORTANEL revealed he has been previously deported on April 10, 2006. Further records check revealed FORTANEL has an extensive immigration history.

FORTANEL was found in the United States without having sought or received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after being removed.